**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PAUL S. KUBE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 6:19-mj-00060-JDP |
| ) | |
| Plaintiff, ) | REQUEST FOR RULE 10 WAIVER |
| ) | OF PERSONAL APPEARANCE FOR |
| ) | PLEA ON THE INDICTMENT AND |
| vs. ) | NONDISPOSITIVE HEARINGS AND |
| ) | ACKNOWLEDGMENT OF RECEIPT OF |
| ) | INDICTMENT; ORDER |
| PAUL S. KUBE, ) | THEREON |
| ) | |
| ) | Date:   November 22, 2019 |
| Defendant. ) | Time:   2:00 PM |
| _____ ) | Judge:  Hon. Stanley A. Boone |

Pursuant to Federal Rule of Criminal Procedure 10(b)(2), Defendant PAUL S. KUBE, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his Plea on the anticipated Indictment on November 22, 2019 at 2:00 PM and for all subsequent nondispositive hearings. Pursuant to Fed. R. Crim. P. 10 a defendant need not be present for the arraignment on an indictment if

(1) The defendant has been charged by an indictment or misdemeanor information;
(2) The defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and
(3) The court accepts the waiver

Based on an incident that occurred in Yosemite National Park on September 5, 2019, a Criminal Complaint was filed on September 6, 2019 alleging that Mr. Kube committed the following acts: one count of 18 U.S.C. 2261(a)(1) – Domestic violence in the Special Territorial

1

and Maritime Jurisdiction of the United States with the intent to kill, injure, harass, or intimidate spouse, intimate partner, or dating partner, and who, in the course of or as a result of such presence, commits of attempts to commit a crime of violence against that spouse, intimate partner, or dating partner; one count of 36 C.F.R. 2.35(c) – Presence in a park area when under the influence to a degree that may endanger oneself or another person; and one count of 36 C.F.R. 2.34(a)(3) – Disorderly conduct: makes noise that is unreasonable.

A Plea on the Indictment or a Preliminary Hearing is scheduled for November 22, 2019.

Mr. Kube is a resident of East Wenatchee, Washington. He is a partner in the law firm Lacy Kane & Kube in that area. There is a Location Monitoring Component in the form of an Electronic Monitoring Device as part of one Pretrial Release Condition. An Electronic Monitoring Device cannot be worn when traveling by airplane, which is the obvious mode of transportation for Mr. Kube. An alternative is for Mr. Kube to drive to Fresno, California from Washington State and back. This travel would be extremely time consuming and would set him back considerably in his law practice by causing him to miss many hours of work, appointments, and potential court appearances.

In anticipation of an Indictment being filed, Mr. Kube is requesting a Rule 10 Waiver of Personal Appearance. The government is aware of Mr. Kube's request for a Rule 10 Waiver of Personal Appearance for his Plea on the Indictment on November 22, 2019 at 2:00 PM and all subsequent nondispositive hearings. Jeffrey Spivak Assistant United States Attorney has no objection to Mr. Kube's request.

Upon the anticipated filing of the Indictment on Thursday, November 21, 2019, Defense counsel will forward a copy of the Indictment to Defendant Paul Kube. Mr. Kube will sign the attached Acknowledgment of the Indictment for electronic filing with The Court.

Mr. Kube will enter a plea of Not Guilty on the Indictment.

///

///

///

///

Mr. Kube respectfully requests that the Court accept a waiver of his right and obligation to be personally present for the Plea on the Indictment on November 22, 2019 at 2:00 PM and for all subsequent nondispositive hearings in Case No. 6:19-mj-00060-JDP pursuant to Federal Rule of Criminal Procedure 10. Mr. Kube will execute the Acknowledgment of Receipt of the Indictment as well as enter a plea of Not Guilty to the Indictment.

Dated: October 14, 2019          /s/ Carol Ann Moses____
                                 CAROL ANN MOSES
                                 Attorney for Defendant,
                                 PAUL KUBE

Date: October 14, 2019           /s/ Paul Kube_____
                                 PAUL KUBE
                                 Defendant

## ORDER

GOOD CAUSE APPEARING, the above request for Defendant's waiver of personal appearance regarding his Plea on the Indictment on November 22, 2019 at 2:00 PM and all subsequent nondispositive hearings in Case No. 6:19-mj-00060-JDP pursuant to Federal Rule of Criminal Procedure 10 is hereby accepted and adopted as the order of this Court. Mr. Kube will execute the Acknowledgment of Receipt of the Indictment as well as enter a plea of Not Guilty to the Indictment.

IT IS SO ORDERED.

Dated:   **October 15, 2019**          _____
                                       UNITED STATES MAGISTRATE JUDGE